New York State U.S.A.
Unified Court System
Supreme / superior court
— Saratoga County —

André Réné Lévèsqûé                    Dec. 9th, 2020
(ondray-rainee-laveck)
"plaintiff"

2020212354194

20203164  FILED
12/14/2020 02:18:10 PM

INDEX NUMBERS
Saratoga County Clerk

(vs) against
New York State Police - John Doe
Saratoga County Sheriff's
Officer Powers - Jane Doe

## Jury Trial Demand

1. To the Honorable Court: on Oct 14 in our lords year 2020, as some know it, I was virtually and litterally abducted again in the Court House of Township Moreau, NY. After the Honorable Judge Timwothy J. Alden told me, I was free to go on falsefied charges. I contest and demand trial for causing extreme distress

①

30
31
30
31
28
———
150

159th day of our 244th year

(3 of 3)

Tort → on cort for complaint

I, _____, inmate number _____ request and authorize the agency holding me in custody to send to the Clerk of the Court certifies copies of the correctional facility trust fund account statement (or the institutional equivalent) for the past six months.

In the event my application for poor person status in the above-captioned action/proceeding is granted by the Court, I further request and authorize the agency in which I an incarcerated to deduct the amount of any outstanding obligation reported so such agency by the Court pursuant to CPLR 1101(f)(2) from my correctional facility trust fund account (or institutional equivalent) and to disburse such money as instructed by the Court.

This authorization is furnished in connection with the above-captioned action/proceeding, and shall be valid as to any agency into whose custody I may hereafter be transferred.

I UNDERSTAND THAT THE FULL AMOUNT OF THE OUTSTANDING OBLIGATION REFERRED TO HEREIN WILL BE PAID BY AUTOMATIC DEDUCTION FROM MY CORRECTIONAL FACILITY TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.

_____N/A_____                                    _____
                                                          (signature)

Due to tort

"NO" child victim/witness shall be compelled to pay court fees 1980 U.S. Supreme Court ARL

This rule(ing) was about me witnessing 1972 Dog house murders and committing 1974 murder of Jimmy Hoffa The Teamsters union leader in Back of limo with 3-shots to chest as a direct result of 12/9/20 Being abducted 4x as small child self defense NY (at) Andre Lewis

2. A Sheriff/Sheriffs Deputy a Jane Doe unidentified "Name" unknown to me rides horses on a ranch in Lake George NY along with C/o Brean of Clinton County Sheriffs.

I designed The Building in Corinth, I was Brought to, during abduction, along winding Road, I designed in 1974 Then Brought to Saratoga County Jail

I also designed under threat 100 million dollars was placed in a checking account At Glens Falls National - as I also designed power plant Separating Warren + Saratoga County on Rt 9.

3. Before - These people "defendants" became public servants - I was threatened by Them on Said Ranch and have been systematically stalked by These socio-paths. and the abuse of power is no different Than The abduction in 1972 + 74, were children I witnessed murder() and in fact I shot Jimmy Hoffa 3X in chest, during a different Abduction in early 1970's causing extreme disstress and Irreparable harms

(2)

4. I own the following property (list all real and personal property, including bank accounts and securities in which you have a beneficial interest, other than miscellaneous personal property of nominal value):

Property:           Value:

_____     _____

_____     _____

_____     _____

5. I am responsible for payment of the following debts:

Debt           Amount:

_____     _____

_____     _____

_____     _____

*Turn over for Complaint* →

6. I have no savings, property, assets or income other than as set forth herein.

7. I am unable to pay the costs, fees and expenses necessary to prosecute the above-captioned action/proceeding.

8. There is no other person who has a beneficial interest in the recovery I am seeking in the above-captioned action/proceeding who is able to pay the fees, costs and expenses necessary to its prosecution.

9. The nature of the above-captioned action/proceeding and the facts therein are described in my pleadings and in other papers filed with the court.

10. I have made no prior request for this relief in the above-captioned action/proceeding.

N/A
_____ (signature)

Sworn to before me this ____ day of _____, ____

*Due To Tort Claim "NO" - child witness/victims shall ~~may~~ be compelled to pay court fees → ARL 1980 US Supreme Court*

AUTHORIZATION

4. This officer Powers + Jane Doe went out of their way stalking me from Ranch in Lake George Down street from Several Houses given to me when President Gerald Ford gave me "The Congressional Medal of Honor" for The Interstate system 87-90-84 Albany — NYcity - Montreal - Buffalo-Boston As I designed The Bridges storm water run off - and Schooled The teachers for Chesapeake Bay Bridge Toll rds.

? The man ? kept abducting me leading To Jimmy Hoffa murder and Oklahoma City Federal Building Bombing I have the missing U-haul truck plate. Because of Socio-paths just like your public servants miss-using abusing Their Authority. Oct 14th, 2020 They also Assulted me

My Pain and Suffering is Great

5th Grade School Teacher see 5-12-01-152

University Scranton Unuseum

### Relief Sought

$100 million dollars U.S. Funds in Separate $250,000 accounts

André Rene Levesque

André Rene Levesque
GOLO County Farm Rd
Ballston Spa NY #44717
12020 USA

(3)

(1 of 3)

Section 140.6 Appendices.   N/A   Due to Tort Claim

"No" — child witness/victim shall be compelled to pay court fees 1980 US Supreme Court → ARL

_____ COURT

_____ COUNTY

_____ x

20203164
FILED
12/14/2020 02:18:10 PM

INDEX NUMBERS
Saratoga County Clerk

Plaintiff, Affidavit in Support of Application Pursuant to CPLR 1101 (Poor Person Status for an Inmate)
INDEX/FILE#
DIN#

_____ t,

_____ x

State of New York )

(ss:

County of _____ )

_____ being duly sworn, says:

1. I am the Plaintiff/Petitioner in the above-captioned action/proceeding: I am an inmate under sentence for conviction of a crime incarcerated in (include name and mailing address) _____, a federal / state / local correctional facility; and I submit this affidavit in support of my application for poor person status in such proceeding.

2. During the past six months:

[ ] I was not incarcerated at any other federal/state/local correctional facility.

[ ] I was incarcerated in the following federal/state/local correctional facilities) (include name(s) and mailing address(es)) in addition to the facility in which I am now incarcerated:

_____

_____

3. I currently receive income from the following sources, exclusive of correctional facility wages:

_____

_____

Law suit complaint on reverse side → Turn over