New York State → Unified Court System.
Supreme (Superior
— Saratoga County —

André René Lévesqué                    Dec. 9th, 2020
        Plaintiff

    20202123854194          20203164      FILED
                            12/14/2020 02:18:10 PM
(VS)                        INDEX NUMBERS
                           Saratoga County Clerk
Saratoga County Sheriffs
New York State Police        [Civil Action]
Officer Towns + June +
        John Doe

            Notice of Claim

I Andre Rene Levesque do hear by tell
you, your being severed a Complaint of
felony Abduction/Assult [Civil Action]
for Oct 19th 2020 Abuse of Authority
After Town of Moreau Court released me
   I was abducted and am still
being Tortured daily by predicate miscreants
miss-using their power, as I'm subjected
to heckling hassling nay-sayers gaining
endorphins using me as poppet pet to
redirect. Baulked at with Maurkins
ridicule Hazings                      12/9/20
                      André Rene Levesque
                   André Levesque Deve

[ ] That, the Court having found that exceptional circumstances render the applicant/inmate unable to pay any filing fee at this time, the applicant/inmate IS NOT REQUIRED to make any initial payment to the Court of a portion of the reduced filing fee required hereunder; and that the full amount of the filing fee required hereunder, or $_____ , shall be reported to the superintendent or other public official in charge of the facility where the applicant/inmate is confined, who shall collect such amount from the applicant/inmate in the same manner as mandatory surcharges are collected pursuant to section 60.35(5) of the Penal Law.

[ ] _____

_____

_____

_____            _____            Judge

Date

Federal Case law

A pre-trial Detainee remanded and accused of Mental Illness is exempt from File(ing) Fees.

See: Levesque (vs) Frost (et. al)
United States District Court
District of ~~Massachusetts~~ Rhode Island

Boston Massachusetts
U.S.D.C.
Honorable Judge Indira Talwani
May 4th 2017
Nov 1st 2017
Nov 8th 2017

(APPENDIX A-3)

_____COURT
STATE OF NEW YORK

_____COUNTY

_____ x

ORDER to Rescind Order of Collection of a Civil
Filing Fee from an Inmate's Trust Account

In the Matter of the Correctional Facility Trust Fund
Account of

INDEX/FILE#
ORI#

_____ x

This Court,

Having issued an order dated ___/___/___: (1) granting _____, an inmate at
_____ (name of Correctional Facility), poor person status in _____ (name
of case); (2) requiring such inmate to pay a filing fee in such case in the amount of $_____ ; and (3) directing
the Superintendent or other public official in charge of the aforesaid Correctional Facility to collect some or
all of such filing fee from the inmate's Correctional Facility Trust Fund Account or institutional equivalent, and

Now having received notice that the Clerk of this Court has received payment of the filing fee in full directly
from the inmate or a person or persons acting on his/her behalf,

It is hereby ORDERED that so much of the aforesaid order directing the Superintendent or other public
official in charge of the aforesaid Correctional Facility to collect some or all of such filing fee from the
inmate's Correctional Facility Trust Fund Account or institutional equivalent is rescinded, and that any funds
heretofore withheld from such Account pursuant to the aforesaid order shall be restored to such Account.

_____
Judge

_____
Date

*handwritten annotations:*

N/A

2020 3164

11 of 11

Due to tort
Claim "No" child victim/witness
shall be compelled to
pay court fees 1980
→ ARL   US supreme court

1-16-2021   Noon time - Miss Brennan

refused to put my food down as They
have persistantly antagonized harrased me
until - My Stress-cortizone has peaked flat
Quued      I'm sitting in Bed so I
didn't physically Attack and they with held
my lunch to continue the harrik/s so I
will physically attack or massacure murder
multiple people at The Town Hall
gathering as They've Also been doing in
Burlington Vermont    As I was
Threatened since 1972 to give advice to
the Neo-Nazi's — The 100 million people
who Thieved my property Called NASAH
4877 my Intelectual Property I was
abducted and Threatened into telling
him out The French Teacher Mr. George
Nelson RT 9 motel in Plattsbugh N.Y.
1973 5+6+ after he had 3-4 men
Shove me Into traffic Utterly allowed
to Threaten me and my father until
an They murdered time —
— All the Stress-cortizone and gloomy
day light caused a facial blood taste
for hoarse hours   causing and
continuing to cause immence distress and
irraperable harms.  I'm supprised I was
offered food at all?   ⊙⊙ ⊙⊙
2

1-16-2021 Everyone was told to listen in
So I could be forced to listen

to Neo-Nazi radio show. As Miss
Bronner Believes the Discipline ticket
she wrote is what I'm talking about
when she forced Neo-Nazi Radio
on (A-1) unit months ago.
On Dec 30+31 29th ? 2020 I
recieved two write ups and as
they "The People refused to let me
testify or present Evidence
— On Oct 10th 2020 + Oct 14 2020
I was accused.
— I demanded a trial and they
refuse to let me Testify or present
evidence.
As of May 4th 2019 May 12th
2019 Jan 4th 2020.
I've been repeatedly Harrassed
and assaulted + stalked
— Lawsuit, Homicidal Thoughts secs
letters sent to Kulzchen in Europe
Switzerland. New Town Courthouse.
— Letter to editor Christian Science Monitor
Specifically The dates. letters to President
Bush Jr. Wall-Mart ect. ect.
※ — At about 1130 am Mr. Bamberg was
threatening me at the door again
As other detainees are now conspiring to

1-14-2021    A Thursday in Mid January
   Its cold freezing outside snow —
Covered land scape,
   ⟶ Any day now this Space-ship will
land on planet Earth and let me out
   ha ha ha (Not) Plant it in the Earthin'
ground ?
      Seriously its about 11-1130 am (ish)
Just before Noon as the Neo-Nazi's
call it

         Myself I follow the Bermuthist
Clock of 17 hrs in a day 83 min
in their hour and 113 second in a
minute its easy to convert with a
little practice.    US military uses
a 24 hr day Soon it will be 1348
Thats 1:48 pm    Ocean ships and
Naval vessels use a 30 hr. clock.

— The Bald Officer has a Parker Jacket
   Black sitting next to crazy-bitch
whom had me sent to A-3 the
first time I was on (A-1) unit ?
      — They only had one man
put out laundry today as its
   now been 4 days since I took
a Shower.
   — Mr. Bamberg put 2 letters in the
mail slot for me U.S. Postal service

January 14ᵗʰ, 2021

Phrases
Explanations

Gleeful excitement
pitiful protestations
Prancing around Juberently of any marilyn
That is the gidaly glow Mr. Wagner dutunt
officer Wagner had calling me
Leveská Lavesk'Q its Leveck like
Qubec and its preceded by Mister +
His Attack yesterday by putting
a large fat man whom was impersonat-
-ing me at The Holiday Inn Roseavlt
Hotel I was led to believe I own ?
Do I ? Village of lake George
This morning At Temperature Check,
The disrespect is cause(ix) and
continuing to cause my stress-cont. zone
to peak and flat line for kids
gayaty gayaty is the frollicing
gidey glow you see people bancing
and hoping hop-scotch jumping around
people do all excited at my expence
Monkeys do it on National Geographics
Channel to antagonize others for
Endorphins, Here Thats a 13ᵗʰ
Amendment violation to involuntary Servitude
yesterday he entered my abode/cell
and destroyed my property
because fat man used disorderly
Thats Disorderly conduct (felony) commission
Then He did it too felony in

less than 30 days consecut
2nd search in
7th illegal

CZ For 1977

1-14-2021

In the Year 1918 New-York City was cold and crowded over one million people died of Ventilation issues in Buildings closterphobic-ia (Not) a lack of Ventilators?

Last year 397000 people allegedly died of Corona-Virus Flu Thing, and each year Before that reltively the same # died, So America Under the Donald Trump Administration did nothing to prevent 400,000 deaths.

Coincedently At dinner tonight I was (not) badgerd' Heckled or intimidated over a Vall-Mask. Last night my food was witheld and Prinate) into because Im a victim absorbed lent out and enslaved for Endorphins or some crazy shot in the Julges head Town of Corinth comanded me openly claimed it was due to previous encounters when I was The victim then too.

Nobody has given me the dentarses papers or a photo copy of the Oct 14th or 27th 2020 ?

Is I was kidnapped absurded Both days and denied the paper-work.

Last night I requied the 4th paper and denied due process Appeal

coll you stand For Then call off

Will Then call off America

to Death

Heanly Trial

Fuck you your clock culender and

January 14th 2021

Very few Individuals have Sceen it.
When the U.S.S. Ronald Reagan a
large Air-Craft Corrier launched.
Congressional leaders looked at each
other congradulating a fixtigous entity
because none of them had the any
Idea where it came from.
The Targeting apperadly system,
Clearly Says Andre Rene Levesque
on the consol.
Its top-Secrete. So how do
I know my name is on the punel
when they push the little red Botten
to blast people.
It was a donation, that was
the year of "The Harrier Jet"
U.S. Navy.
The joke I made up and was
Intimidted for sending it to "Popular
Mechanics CEO, Just before I law
purchased it.
Comcidintly he works for the
other people the ones who
Threatuns into inding them three
on who to replace Jonny Carson
I went and met the letch
fuckring scum At ho, NY SNLIO

January 15TH, 2021    a friday in it
                       early winter

Super Slut and her accomplish
took my temperture with a turkey oven
basting thermometer   it was 97.3° Farehn
Some of their co-workers have been
spreading (yes
(Not) unlike people who claim
they were talking to me on the phone
when I never did
— Wanosked Dam Project Vermont NO-
one discussed any of the 5 letters
with me. I was under 18 yrs
old and still tear/off christmas s
Nylats from SD Irelands cement works
33 yrs later  they still have
people Stalk + Threaten me
— They desacrated my property s
with illegal horship couplees to
thames for Neo-Nazi scum
— Death to America And The
willing participents
        They Threatend since 1972 —
         The fat man from the other day
⊛  At about 9am-930am "they" turned on
neo-nazi Radio America-china and kicked
my door. Then Officer Fahr opened
The door and wanted me to go to
a different zoo Busse with Gary in mouns
causing and continueing to cause me distress

1-15-2021    C/O D. FAHR + MISS Frank
                      Noon (13h)
refused to let me put in laundry
and are treating me different so ±
will attack the fat man
          causing me extreme distress and
severe undo emotional distress Homicidal
and suicidal thoughts.
          As a conference in the complex
next door also lyes to each other
using my property + Name to that me
12:20 pm? the officer who took my
lunch tray has been impersonating
me too.
430pm - I was (not) allowed a shower
recreation. I'm suprised they even let me
eat? causing extreme distress as I
have lice, and multiple lucerations
from the itching and Epidermolysis Bullosa
simplex making it discrimination
     due to my skin — Also causing
and continuing to cause Homicidal and
genocidal aspirations.
(✻)    They refused to give me a hearing for
Both the Grievance and Alleged Infractions
I occured on (A 1 unit)
        - Federal prosecutor May 4th 2017
refused to give a Judge Displinary reports
claiming it made me mentally ill is so to
ongoing Hazings by Public servants so

*(left margin, rotated text)* Federal court wouldn't let me testify Breaking The Nos Nazi Oklahoma City

*(right margin, rotated text)* possible cause Homicidal Asperations

January 15th, 2021      730 pm ?

I was just informed I am on a
disciplinary ? until february 13th yet
they wouldn't give me a hearing ?
- They refuse to give me a hearing
I was (not) informed of any hearing
and recieved no paper-work
   - why would I be denied use
of the micro-wave ??
   Apparently its another Hazing by
socio-paths as I was absolutely
repeatedly since 1972.
   The neow Nazi's wont let me
testify or present evidence in court
or here apparently.

- Causing and continue(ing) to cause
me extreme distress and irreparable
harm -
   - I invented micro-wave pop-corn
I got some from out west or
wandsbury  I am just going
to flush it down the tollet
- If I could I would
personally murder 100 million
scum bags in America
   Every last decendent and
someone who saw the MASH
show or made and they children

Januwy 16th, 2021   C/o Dowd/Wentherby

One of them, shouted "levask" to try
to startle me doing morning shift
change. Gleefully they conspired to
denie me the Grievence Process with
miss Hanson. They refuse to let me
make the one phone call and refuse
to let me have the Bail/commitment order
from the judge in Corinth
        Causing me extreme distress as its
another Huzing Also causing (Homicidal
and genocidal aspirations)
        Death to America Will Them all off.
The 12 in Columbine Colorado deserved
to die. The 36 at Virginia tech
college Also deserved to die
        Now Then Connecticut Should have
mopped up The Blood. As they
should have killed all the
teachers + students at Sandy Hook
They all deserved it.
        Death to America Kill them all off
        Murder maime massacre them off
I was adviced and threatened into
suilid advice to the MASH
        Television Series — Its my
Property Stolen by just million
        soon. If you saw a
video clip your a deprave Neo

1-16-21    8 30 am Temperature checks
          Miss Brenssen's deathly Threats
I was again Badgered + Hazed
Heckled in an attempt to get
me to murder people like Columbine
High school.   Did they get my letter?
    I mailed one to Newtown
Connecticut too — Both Before the
    Shootings along with Burlington
Telecom in Burlington Vermont as
I've been systmatically Stalked and
Threatened into giving advice to The
Neo-Nazis.
        They want you to follow their
Clock + Calendar.   only Neo-Nazis
think its the year 2021 ——————
    Causing me extreme distress and
irrepareable harms.

    9am Miss Frank Physically assulted
    and attacked me while I tried
to complain about being refused
a hearing or shower yesterday —

— A few minutes later they had
Mr. Bambery Threaten me at my
    door   as did the fat man
        yesterday.
Gang Hazing & Assults Gladiator goadley
            for Attacks.

(left margin, rotated) Sec. Video

(left margin, rotated) last night I was told I was Convicted without a Hearing

I-16-2021      9:30 am    The Natural

reaction fight or flight response aggravates
any fractured left arm. of May 4th 2019
— Ive recieved no health care for
I am in excruciating pain.
        Causing severe anjo-emotional distress
homicidal and suicidal Thoughts.
        On May 4th 2019  my Mercguana was
stolen , my money wallet Id's
credit card information and 1000 dollars
in camping equipment
— The Main door is Buzzing ? they
are useing the electronic door probe +
to victimize their victim — Just now —

— Yo Brennen and Weathersby (Dowd ?
    are refusing to let me see or
    speak to a medical professional
    about the Physical attack and the
    spiral fracture to my left arm
    worsening — I am helpless to go +
    any ware else as the Neo-Nazis
    refuse to let me present evidence at
    a trial for allégations and now
    refused a disiplinary hearing for
    their Harrassment and Badgering, as
    I would testify to a Phase-
Prince S. Chudley Massachusetts styles
    sung hearings repeatedly to Show

*(left margin, top, vertical)* I-16-2021 + Sizes's I document

*(left margin, vertical)* even their paper + pen to document

*(left margin, lower, vertical)* Apparently I'm luck to

*(right margin, top, vertical)* include in to xerox fax

*(right margin, lower, vertical)* Their as to other — Paul Bray

1-16-2021   %o Whitker ? a tall
                 pot-bely blouk
Just told me " You need to turn
your light on for me
       " You need to pop The light on for
me"   This man used my dinner
as an ultimatum and tampered with
it the other night.
Its a 13ᵗʰ Amendment Violation to involuntary
servitude to doone/doe-own a mask vail
or "Cop The light on for him —
⟶ Death to America Kill Them all off
Causing extreme distress and harms

— 6pm ? %o Whitker Just put the "fat"
Guy on the small unit and Im being
Threatened with sexual Assault as they
used The Profanity fuck at least 10x
In less than one minute — Causing and
continuing to cause immence distress + harms
       I can smell him and its obviously he hasn't
taken a shower in 10 days still wearing the same
clothing.  He said "I shouldn't be on This unit"
Apperntly he has or believes he has tested positive
for taburculosos" and %o frank thinks its like
Chickan-pox and everyone needs to get exposed —
— These People are that depraved
— The Ventilation system pulls Air into our cells
Causing me extreme distress and its germ
warfur used to murder native Americans BY85

1-16-2021    MISS Brennan at about
2pm? promoted gleefully a
falsified version of the Neo-Nazi
account on paid Television.

I can only see mirror in reverse
reflection in Plastic Bubble Plexiglass
Zoo enclosure.

The music is from Jew-scourge
@ Neo-Nazi cult proving who the
Neo-Nazis really are Jews.

National Geographics channel is (not)?
a legitimate account of (History channel)?
Glorifying lyes to promote cultist
Activity They claim TV religion
be forced on my again

I was Threatened into taking
a job at the Catholic church in
Lyon NT New York early 1970's

causing and continues to cause me
extreme distress as I was abducted
during a Botched abduction 1972
dropped off by a passer by
Mr. Rodriguez, who Believed it was
some sort of scam. And he was
right The people Stalking my
Parents were behind it ——

When we moved from Country Club estates
to Dorset St They also did ——
causing me extreme distress as
multiple social groups began stalking

1-18-2021   8pm?   They have the fat guy
     doing a video skype visit out side
my door   and he is using obsanitys
over + over again — Its called disorderly
conduct. People get charged with a
criminal offence.
          Yet the Neo-Nazis wouldn't
take my statement in 4th Grade
and   refued to take my statement
   May 12, 2019  and again  Oct 10th
2020.   I would have toll them
that the two dark haired men at
the "Land mark Motel" Thieved 4 Tgozo
from me as stalkers Threatned me
Into giving it to him.
— The terrolsts with Govenor Pataki
and  the 67½ milldan dollar check
Accross from the Minky work on
Rt 9 in  S. Glens falls  near the
rotory I designed helped them. Yet
     The Neo-Nazis wouldn't let me
testify at The Oklahoma City
Federal Bombing. Apparntly it was
fake news
          Causing me extreme distress and
irreperable harms
     Death to America kull them all off
I hope someone shoots your
children at a Little leage game
     you scum deserve it

Good Reason to Involve Federal prosecutors

— November 10TH 2020 @ 1205am
  C/o Stalkman Hit me in head
  a few minutes later (Sgt) Rhodes Attacked me
  as I was asleep and accosted
  I tried to press criminal charges and was
  again Attacked by C/o Wagner several
  hours later  see: suicide watch log
                 Red Book kept in Storage
                 Garage Probably Not
                 even logged into computer?

— December 29th + 30 + 31, 2020
  C/o Wasylo C/o Beardsly had me
  abducted sent to consulting room 111
  on (A-3) unit  see: Judge Indira Talwani
                 DNA complication
                 in complaint sent to
Sgt 9th Jun 2021   federal Public Defenders
1 (Sgt) Hanson  51 sleeper St Boston
Physical Attacked me

1-??-21  fat man + C/o Wagner   / 1-18-21
(2x)  mondy   Sgt Johnes          8 pm
  1-13-21  Dinner (Sgt) Jones    video - skype
                                  Harassment
  (Lt) Connelly entered          disorderly
  Startling me too               conduct
                                 obscenity
  10 30pm? 1-13-21
  8 30pm  1-16-21 C/o frank
  1-18-21 (Sgt) Rodriguez

## INMATE RIGHTS AT DISCIPLINARY HEARING

AS AN INMATE CHARGED WITH AN INFRACTION(S) OF THE SARATOGA COUNTY CORRECTIONAL FACILITY RULES AND REGULATIONS AND REFERRED TO THE DISCIPLINARY HEARING OFFICER FOR DISPOSITION, YOU HAVE THE FOLLOWING RIGHTS:

1.   THE RIGHT TO HAVE A WRITTEN COPY OF THE CHARGE(S) AGAINST YOU AT LEAST 24 HOURS PRIOR TO APPEARING BEFORE THE HEARING OFFICER.

2.   THE RIGHT TO HAVE A DISCIPLINARY HEARING SCHEDULED NO LATER THAN FIFTEEN (15) DAYS AFTER YOU RECEIVE THE INMATE INFRACTION NOTICE UNLESS YOU WAIVE THE FIFTEEN (15) DAY REQUIREMENT IN WRITING (EXCLUDING WEEKENDS AND HOLIDAYS). THE HEARING MUST BE COMPLETED WITHIN FIVE (5) BUSINESS DAYS OF ITS CONVENING UNLESS OTHERWISE AUTHORIZED BY THE COLONEL.

3.   THE RIGHT TO 24 HOURS ADVANCE WRITTEN NOTICE OF THE TIME, DATE AND LOCATION OF THE HEARING, UNLESS YOU WAIVE THE 24 HOUR REQUIREMENT IN WRITING.

4.   THE RIGHT TO CALL WITNESSES AND PRESENT EVIDENCE ON YOUR BEHALF, PROVIDED THAT FACILITY SAFETY WOULD NOT BE JEOPARDIZED.

5.   THE RIGHT TO BE PRESENT THROUGHOUT THE DISCIPLINARY HEARING EXCEPT WHEN FACILITY SAFETY WOULD BE JEOPARDIZED, AND EXCEPT DURING DELIBERATIONS.

6.   THE RIGHT TO BE REPRESENTED BY A STAFF MEMBER OR INMATE.

7.   THE RIGHT TO BE ADVISED OF THE HEARING OFFICERS DECISION, THE ELEMENTS SUPPORTING THE HEARING OFFICERS DECISION, AND THE HEARING OFFICERS DISPOSITION IN WRITING.

8.   THE RIGHT TO APPEAL IN WRITING, THE DECISION OF THE HEARING OFFICER, TO THE COLONEL WITHIN TWO (2) BUSINESS DAYS NOTICE OF THE HEARING OFFICER DECISION AND DISPOSITION. YOUR APPEAL WILL BE REVIEWED, ANSWERED AND RETURNED TO YOU WITHIN FIVE (5) BUSINESS DAYS.

9.   IF YOU ACCEPT A PLEA BARGAIN DURING THE DISCIPLINARY PROCESS, YOU WAIVE YOUR RIGHT TO APPEAL ANY DISCIPLINARY ACTION IMPOSED BY THE HEARING OFFICER.

10.  IF YOU ARE FOUND GUILTY OF A CHARGE(S) AS A RESULT OF YOUR DISCIPLINARY HEARING, A SURCHARGE NOT TO EXCEED THE AMOUNT PERMITTED IN ACCORDANCE WITH PART 7006.9 OF THE NEW YORK STATE MINIMUM STANDARDS FOR JAILS MAY BE IMPOSED IN ADDITION TO OTHER SANCTIONS IMPOSED.

PLEASE REFER TO YOUR INMATE HANDBOOK WHICH YOU WERE ISSUED UPON ADMISSION TO THE FACILITY REGARDING INMATE DISCIPLINE.

May 4th 2017 Boston USDC Prosewtor Refosed to show Judge disiplire reports claiming they made me mentally ill ?

Neo-Nazism (0)

*They refused hearing*

*to harross me*

*using my meal*

*They were*

## SARATOGA COUNTY SHERIFF'S OFFICE
### CORRECTIONS DIVISION
### INMATE MISBEHAVIOR REPORT
#### FORM: CD 04-02-00-10

LEVESQUE ANDRE R      06-18-1970      44717

(Inmate Printed Name)     (Date of Birth)     (Perm. #)

**Housing Location of Inmate:** POD: _A_    Unit#: _3_    Cell#: _111_

**Location of Incident:** CELL 111 / SUB BAY 111-113

**Date of Infraction:** 01-13-2021     **Time of Infraction:** 1715

**Rule Violation:**

| | Heading | Section |
|---|---|---|
| 1. | 107.10 | REFUSAL OF DIRECT ORDER |
| 2. | 109.10 | INTERFERENCE WITH EMPLOYEE |
| 3. | 219.19 | FAILURE TO COMPLY WITH RULES |
| 4. | 219.13 | MISCELLANEOUS RULES AND REGULATIONS |
| 5. | | |

**Description of Incident:** ON THE ABOVE DATE AT THE ABOVE TIME AND LOCATION, THIS OFFICER WAS ISSUING CHOW TO INMATES WITH ASSISTANCE FROM OFFICER O'BRIAN. INMATE LEVESQUE CAME OUT OF HIS CELL WITHOUT HIS MASK ON. THIS OFFICER GAVE MULTIPLE COMMANDS TO PUT HIS MASK ON TO WHICH INMATE LEVESQUE REFUSED. OFFICER O'BRIAN CAME OVER TO 111-113 SUB BAY AND ORDERED INMATE LEVESQUE TO LOCK IN. INMATE LEVESQUE WENT INTO HIS CELL AS OFFICER O'BRIAN WAS SHUTTING THE CELL DOOR. INMATE LEVESQUE TRIED TO STOP THE DOOR FROM CLOSING. OFFICER O'BRIAN SHUT THE DOOR.

OFFICER WHITAKER      01-13-2021    1953

(Printed name & signature of officer filing report)    (Date)    (Time)

K. Jones      1-13-21    2267

(Printed name & signature of supervisor reviewing and approving report)    (Date)    (Time)

K.O'Brien      1-13-21    2235

(Printed name & signature of officer issuing report to inmate)    (Date)    (Time)

You are hereby advised that no statement made by you in response to the charge(s) or information derived there from may be used against you in a criminal proceeding. You are also hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held.

I hereby acknowledge that I have received a copy of the above "Inmate Misbehavior Report" and also a copy of the "Inmate Rights at a Disciplinary Hearing" which is on the opposite side of this form. I also acknowledge that I understand what is contained on this form.

X A-R      1-13-21

(Printed name & signature of Inmate)    (Date)

_____      _____

(If inmate refuses to sign form, printed name & signature of second officer)    (Date)

**Document in housing unit log when inmate is issued copy of this report:** Pod: _A_    Unit: _3_    Page#: _N/A_

1-17-2021 Miss Brennen insults me
with Persistent Indifference again
She Thinks I am a dog? Mister Lavecck
is the Appropriate Pronunciation.
She wanted to know about 12:30 pm?
during their Neo-Nazi Radio Broadcast
if I wanted to go outside.
It's been several weeks since I
was Asked and they refuse to provide
appropriate clothing. On Top of That
I have Lice and your not supposed
to share clothing.
1973-4 I was brought to This
Property. I'm on new and Threatened
into giving advice to one of the
people Stalking me Murder, People
to keep. My father + I giving
Advice. Their — The Neo-Nazi's
is but my door
They want me to write it down
for Them and send it thru the
Postal service.
It's (now) been nearly 72 hrs 72
hours. since I was allowed a shower
I'm accused of Pitching Rocks at
an interactional dr, dealer and couple
whom had me in a Barbiturate Stupor
in 1972 — The Neo-Nazi's Knew That
and sworn around like Pacific Leeches
I was abducted and brought here

1-17-2021    330pm  4pm?   I am
being subjected to neo-nazi radio
America China.    They spent all day
prodding electronic lock Thuds to
harrass me and I have not been
allowed a shower for days.
— They still wont take my Blood
Pressure or let me use a scale
to weigh myself.
        Accused of Mental Illness again.
when their is "no such Thing".
⟶  Sec: Levesque VS Frost (et al) United
States District Court for Rhode Island
(Cause(s) A) and continue in to cause
homicidal and suicidal → Thoughts

⟶ 4 15pm?  Mr. Fahr entered my cell/Abode
and turned on the electric light claiming
he needed to see me.
— All he has to do is turn off the
emergency lighting.  The heavy door lock
is a large electric consumer too
    MISS-managed  as They have the Volume
cranked up to a painful amount as
I never enjoyed "loud music.
        Now I have another stress-induced
headache, causing Homicidal and suicidal
Thoughts such as following a police
officer and murdering his family —

1-17-2021   The large Plump 5'-4" tall
Nurse who rocketed thru the unit with
the New Turkey basting Thermombor, weebs
a jee Barking at the detainee's and or
Her Patients to become a mask, Did (not)
haze me as I was doing a sudoku
puzzle at the window.
            Their was a crazy comment from
the background? As school children
Swoon in on their victims forced to attend
public school   Bullied heckled taunted
teased Tortured into Sueide like
→ Phobe Prince did in South Hadley
Massachusetts  I first read about in
2009? at (SPO) were I met Jason
I wrote about in a court filing
with Judge Mudrhead. US District Court
                                    New Hampshire
— Both this officer D. Feahr and
and his neo-Nazi whore partner are
no different than the fatty charged with
involuntary Manslaughter,. The Inuit to
The north have the highest Teenage
Suicide rate in the world

Jibberish Jen + The Genocidal Psychopath

*(left margin, vertical):* Federal Prosecutors by Burlington Hate crimes by
*(left margin, vertical):* offenders "see the worst
*(left margin, vertical):* Women are the
*(right margin, vertical):* Them likely to lost are twice as people 1.2 Billion of a country Mexico in

Monday Mid January
1-18-2021

I was told I could (not) Take a
shower until All the "Time-outs" are
over? Its been Nearly two hrs and, I
have multiple lacerations from the rare
skin condition/disorder genetic curiosity
— When really its normal. What's
abnormal is They are refusing me
sanitary conditions.

I've done nothing wrong I was
stalk Threatened and abducted by socio-
paths repeatedly since 1972.

At least 100 times, I can
tell The difference.

Safe light repairs? Neo-nazi
prophyunda is Blare(ing) loudly and
causing pain in my ears
→ It was quite for quite awhile +
once I was moved out of proximity
to Mr. Bamberg.

Now its car buyers threatening me
thru pain to sell my BMW's —
I sent a check for 2.3 millions
Maybe it was 2.7 and the
terrasolt with governor Pataki was
in the parking lot once behind the
car dealer with, and the other
one at Enterprize Threatened into
giving one away

*(left margin, vertical:)* in Oklahoma's Timothy McView was denied a fair trial now

*(right margin, vertical:)* "now" + they're FedEx them + let me they wouldn't

1-18-2021   (Sgt) Rodriguez An African
decundent Just
entered my cell and turned on intense
bright light and told me to stop
trying to get a tutial over the
5-12-19 incident were governmental
employees tried to murder me with
an online conspiracy to cover-up their
involvement with a Cross-Border
drug trafficking Prostitution ring with sea-
slaves imported from foriegn Continents—
My Stress-cortizone Peaked and flat
lined and began kicking the door and
have now Broken my left foot —
— He mentioned court filings, I
take as witness tampering to Attempted
murred ratallation and another
attempt to get me to attack and
murder people leaving a public farm
or school — Causing extreme Distress
and irreperable harms
          I would like to press criminal
Charges yet since 1977 every time I
try, Someone Threatens me or
murders someone else to say what
will happen to me —
          Death to Federal Prosecutors
Kill Them all off   Blow up another
Federal Building   Blow up another
McCuthen   Shot People leaving a foot

1-18-2021  It's about 1pm?

They are now threatening me into being a
devil worshiper on Neo-Nazi Radio Radio
(Sgt) Rodriguez, an African man like
Mr. Bamberg cross-bred like me or
criss crossed, just threated me claiming
my correspondence with the courts has to
stop.

    My defense of Emergency of 5/12/19
~~is 924~~ is that A New York state
police officer was guarding an Interstate
drug dealer pimp, wanted for murder
rape in Florida. I sent a letter to
the New York State police about in
Sept 2018, when 5 men at
American Legion Post 1823 also tried to
murder me like Sean M. Byron during
a Catholic luncheon with 8 to 5 people
who paid to eat.
    Who owns that Alcohol establishment
lawfully ??
    I sued and today is just more
retaliation by yet another sociopath,
witness tampering to murder
    Until I am properly questioned over
the Oklahoma City Bombing I call
that another terrorist accomplice
    like Governor Pataki when trying
to harass me in Warren County

1-18-2021 | 1pm   Another Neo-Nazi Jew
is forcing religion on me again
This (Sgt) Rodriguz told me to stop
corresponding with the Clinton County Court
I am The lead attorney and am
being denied discovery Material.
These people wont even open my
legal paperwork in front of me and
refuse to produce copy of Check
and artwork I recieved from "The
Land Mark Motel", While on (B-2)
unit in The past I recieved a
67½ million dollar check.
So is or was other mail tampered
with since?
Causing me extreme distress. — I also
have paperwork in Property The Neo-noels
wont let me present as evidence in Trial
Ive been tortured and again threatened
"into silence causing Homicidal and
suicidal Thoughts severe emotional
distress my pain and suffering is real
authorization to murder anyone who
reads this — Submit a list so I
can send it to "My Assains"
— This (Sgt) withheld discovery Material as
he flaunted it in front of me Proclaiming
"They should have sent this to his Attorney he
cant have This — when in fact Im The
Attorney + Accused its called fellow Horton)

*(left margin, bottom to top)* Attempted murder Plot being covered up with another Harrassment

*(left margin)* 3-1-21-5 Probably purchasing Battery in

*(left margin)* They Probably

*(right margin, top to bottom)* There she is at decompt 1/6   Aaron

*(right margin, bottom to top)* to Supervisor complaint to Supervisor Frank went

*(bottom right)* nrbs

1-17-2021 Officer D.F. har/farh.
was just shorting obsenitys
I went to look out and he was
reaching towards Miss Berlin's
crotch-vagina. Oh! he was grin-
ning and she was scoweling
and I grimiced. Causing my
stress-cortisone to peak wondering
if I will allowed to wash off
the lice officer Baller gave me
in April-May 2020~
They refused to let me Doula und
go to get box recreation decontaminate
the tiny insects or shower Dr for over
48 hrs. 2pm will be 72?
— Not to mention the South-American
pacistic leaches Bird flea type Thing s
and Mr. Houghton lent/let me have
under ware in May 2020 after I was
robbed Thruol. His underware has cross
At Clinton County Jail I'm being retaliated against
proving The legislators + Govenor are
in derliction of their duty to police
educate and work with Supervisors
and floor officers
Also Proving Contempt of Court by
Presidents Obama+ Bush Clinton and
Now Dunald Trump Its Called Neo-Nazism

TO: Whom It May Concern

@ The United States District
Attorney's office Prosecutors
— When one of you leaves due to
partisanship. Demicreep/freak or/or
repugnant repugnents

→ You make justice look like pimps
for hire Tripple Standards for
some double for others and all
Yours + theirs victims

We need 100,000 new
federal detention Jail cells
and 2000 more federal
Judges:
When the population in
America was 180 million
How many federal Judges were
their?
Now? Their is 340 million people
How many Judges 670?

Andri Rene Levesque @RJ

See: Letter to
Honorable Judge Indira Talwani
Sent to via % care of Federal
51 Sleeper Street Public
Defenders
office
Boston Mass


Also: See letters sent to
Federal Prosecutors
when I was held without
Bond or charge
Detained by NEO-NAZIS

Also: See witness list for
Defense in
Oklahoma City Bombing
of 163 people in
Federal Building

1-20-2021   5:30pm

I changed my mind about (not) Attending The Disciplinary Hearing were I was victimized by predicate mis-wcants Impersonating honest public-servents,

→ If I'm invited at all.?

(Sgt) Hanson refused to accept the fact I was (not) going to participate in a hearing (nor) would she provide a photo copy of paper I signed (nor) would (Lt) Connelly or (Sgt) on Dec 30th who had me sign 2 papers and I was denied carbon copy of other-os

I was asked to sign about Administrative Segregation Based on Miss Nibiyo + Mr. Beardsly hazing me.

— She entered (Sgt) Hanson entered my abode Illegally demanding I sign paper and Berated me Then falsified a report.

The other was % whatever Hazing me with my food claiming I wouldn't put a vail-mask to retrieve food tray.

As The Ventilation System attacks Air into my room a mask outside is (not) protection These people are depraved Socio-paths using a governmental positive to conduct reckt Menky ism to antagonize their Victim of malicious

*(left margin, vertical):* Domestic Abuse with idiots. (life form of Duress is a Congress + (restriction) resources

*(right margin, vertical):* their Victim of malicious Users

1 - 2
1 29 2021       ?       Friday       wendsday
No - Commisseey today Yet ?

I can smell the food about 5pm
My Tummy - hurola Stomach pain from
intentional neglect by the Alledged
Nursing staff and doctor.
        I put in a request for 5 days
of Omeprazole - Prilosec Sold at Pharmacys
without a perscription. " They the Socio-
paths + Hate crimes against me" refuse
to process my request or deliver
what America Calls Disclosure about side
effects and basic knowlage of a medication
(Counseling) and continueing to cause me
extreme distress and irreplauble harms
kill and eat children, President Trump does
I've been writing the wrong date
Mr. Bamberg At dinner was just told
Yes "They are still working on it"
friday 1st 8TH 15TH 16/17 1819 20TH wendsday
- 530pm? They are passing out commissary
and Miss Wasiyo told the man to do
me last because I wont ware a mask?
    - Actually I don't need to according
the US + N.Y. supreme courts and the
mundate is for Employees to ware them
    → I was just electro shocked by lock
in next cell (abode (110) Caussing and continuing
to cause homicidal idiations as when
they open the door I want to

1-19-2021    Miss Zlotnick called
me Levesk not Mister
Laveck   Mr. Levesque.
    Its a French name that means
bishop? Cultural slang tone-onics
pronunciation. Miss Tuznic has
similar Romainian spellings.
    Earlier c/o Wagner who attacked
me Nov 10th without provocation as
I asked to press criminal charges
against his co-worker also learned
Pestulent Insolence and opened
my door today asking me if I
wanted to go outside and called
Me Leves Le-ves-q Le-ves-Q
and the insult is proff that their
Public school system is pathetic at
best giving The fuckin Retards
a cracker jack Box certificate of
proficency is Un-american.
Causing and contrully to cause me severe
undo-emotional distress as The Neo-
Nazis refuse to let me present evidence
or testify at a trial.
    On 5-12-19 a computer crime conspiracy
drew 5-men in 4 autos near my home
after I traversed nearly 8 miles of
Speedy way light traffic church goers
    I was attacked 4x and people
tried to run me over for filing civil compl in cour

Left margin (vertical): Speedy notes Now??? by ??? 1979 this property and emflucd lentout actually owns who Seen I've Now

Right margin (vertical): Office Public For campus mtg was os

1-19-2021    4 20 pm? MISS Wasiyo

an older grey haired Sulty grey women
I met a long time ago and even went
to her home, Hordars?
    I wrote about and added to
Complaint I sent to The Honorable Judge Indira
Talwani about The abuse hear and what
led me to be abducted and enslaved by
socio-paths miss-using Authority
    She declared me mentally ill and disorganized
and had me sent to torture Hazing
room unit. Is hear with a winter
parker on. While most of These men
are being denied a Sweat shirt.
    It took 3 weeks to buy my own
after Some one Actualy orderd it.
    Cassy refused — She is The mental Health
worker who cleared me Dec 27TH?
    — Nov 8, 2017 The Honorable Judge let
me leave after 13 months held without
Bond or charge tortured into mass
murder — I managed to have 64
people murdered because of what they
did. Litterally because they threatend
Me on this property 1974 after I
murdered Jimmy Hoffa, I got Them
killed off. Yet Their were 3.2 Billion
to go Now Theres 7.2 billion he
Causing me extreme distress and Inrepeved Harmed

(right margin, bottom to top) don't make This crazy Shut up I was Threatend in to Hell's people live truth

(causin') me extreme distress and harms

*[left margin, vertical:]* murder 104 commit to conspiring conspiring stalkers not Computer not

*[right margin, vertical:]* me Stalkers Attackers scientific same when 1050 am 1-12-19

Anointed or Annoying?

My Temperature was a low 97.5°
because I'm ½ frozen. Its very
cold out side, Maybe 10°F or (-8 celelus)
The window is (not) double pain with
argon gas insulation, 3-pain is perfered
    I designed the Institutional windows
here and at Federal Medical center Devens
— Anderson windows has never paid me
for the innovation?
    I murdered Jimmy Hoffa because man +
kept threatening me, so I went along
with "Their scam" Now I believe
I should have had Washington D.C. Invaded
by 20 foot tall chickens?
    The daily Temperature check is out —
fugens. I am contaminated with
    lice from % Baker from Clinton
County were I was held captive
and had to purchase my self out
of Slavery for $450 dollars
    I got $000 Buck like pulling teeth
the Judges wouldn't let me have the
other 450 dollars [Death to Their familys]
    Then The Attorney Advisor Mr. Kennelly
accused me of mental illness when their
is no such Thing and got them to
demand another 5000 again while
    refus(ing) a trial since 5-12-19

1-19-2021    If it's Wendsday I may or
            may (not) get store items
It is about 2pm maybe? The
Neo-Nazi radio America-China is telling
me to shoot Russians? if I see any?
The daily intimidation is outragous.
   Innocent until proven guilty is (not)
what is happening  what C/o Wagner
did and  those Alleged miss-
behavior reports is  an apitimy of
proff  of American Values I have
Staunchly stood against  and why
   I had the Oklahoma City
Federal building Blew up - yes it was me
   The Neo-Nazi's would not let
me testify to  save my operative
Timmothy McVeiw
   The other night  when C/o Whitiker
opened my door with the electro-
shock sound of metalic clicking extra
electrons startle you in a fight or
flight reaction.
   I walked out and he refused
to hand me my dinner  stood in
front of the food  and miss-Obrian
would (not) allow me the food either
   than they wrote me a miss-Behavior
ticket claiming  I wouldn't put any
a Vail-Mask to be served.
At lunch today  several men ate dinner  5 feet away

1-19-2021   At lunch I was subjected
        to yet another Haze(ing)
Since I was brought from (A-1) unit
to (A-3) unit exposed to daily hazings in
a Triple standard.

They have accused me of mental illness
over (not) dooning a mask-vail in
common areas. Yet the Governors order
was only for the Employees to wear
them. I've recieved 4 displinery
actions that were them hurrassing
me - as I was (not) allowed a
hearing for the 2 from Dec 30, 2020
and 29th, 31st?

Several men are (not) even wereing
over shirts required none are wereing
mask-vails and I did (not) test
positive for -Teserculosons -
- When I filed a grievance the (Lt)
Connelly refused to even write anything
about the hurrassment from Corrections
employees in Dec. Then on a
Saturday I was physically attacked
for refusedly to were a mask or slip
document. - I did (not) leave the room
Another night with 4/0 Whitaker
he with held my dinner in a haze(in)
Now the display is of me being
targeted and treated/miss treated just
differently Causing Homicidal thoughts

eleven O'clock

1-19-21    %o Hunsinger ≈ approximately 11am
                                                    EST.

Opened my door promoting pills when
I have (not) Taken any alledged medications
in weeks.   I take as incompetence
and now I think its appropriate to
    ask  10  and  9 year old girls
to have oral sex with me
        I should ask The Judge If he
or she will suck my penis In Court
and ask  police officers children
    to suck my penis and murder
their family.
        The unwanted solicitation is a fellony
on commission of a fellony because I
was coerced and The medical
    staff refused to get my perscription
Vitamin-D + Blood pressure along
with  Blood Nurse's Hate crimes
against me  as  %o David + %o Weekley
    also denied me Grievance process over
Food and Drug Administration preventative
medications.
        Proving its a fellony solicitation
by  an  unlicenced individual assuming
    I take psychatropics when the
accusation of Mental Illness is a
    hate crime School yard Hazing
Causing me extreme Homicidal
Thoughts  He now got me to Hate

1-19-2021   The Rolly Polly Hefty set
woman with Dark hair and eyes
a alledged Nurse? About 8am-8:30am
looked confused about "Lice" and
Parisitic leaches from South America —
— They keep refusing to let me
do laundry. Only once since october
and I am (not) going to entertain
my abductors.
   I've done nothing wrong, They
are steeling from me stalking
me and conspired on a computer
forum I invented, I was threatened
into giving advice for "them" —
— October 14ᵗʰ 2020 I was abducted
again in "Town of Moreau" by
socio-paths and Brought to
Corinth, New York on a site
seeing tour of a road I designed
In 1974 and the Building I
detained in illegally its called
"Abducting someone" (Kidnapping In
laymens laymans terms
— These people laugh and think
its funny. Thats why The World
Slave Center fell down.
   Who actually owned it when
terrorist Blew it up.?
   Who owns Coors Brewing Company.
Caused(ing) and continue to cause me distress

1-19-2021   They are displaying a tray
of food , To Hensonjer + ? about 8:30am
I tried to get my 6am Bernardholst
well-being dietary supplement repeatedly
I even filed a grievence yet they
refuse to process grievences or make
a photo copy of submitted forms.
A form of Treasonistic terrorism by
Public Servents us(ein) a governmental possitroen
to cause Radit Delirium like in
Phebe Prince a South Hadley Massachusetts
teeaage foreign national , Fifty (50)
Teenagers were charged in her death with
Involuntory Manslaughter The Bullyied and
Heckeld her to death.
Why didn't "They charge Police and
Parents and neighbors , why only teenagers
obviously you don't couts-matically
leave the gang Hazings social groups
give into marals and values deamed
desenitered yet little by little
Indivduals and groups of 2-3 or 4
needle, nudge good + prod someone into
a Columbine High school shooting or a
Movie Theater with Murry Poppers playing
I hope and pray someone opens
fire with a Gatlin gun at a
Sporting event when everyone pileup
out to get their Autos

1-19-21 — a wensday in January according to fanaticists

%0 Wagner the one who attaked me Nov 10th, 2020 and still wont provide copy of form I signed as did a (Sgt) Dec 30, 2020 He is lolly-gagging with others as I cawalt theary picking up trys

Its freezing cold. I am wearing a Hob-jis to keep warm, a T-shirt hat ear-muff and scarf, with The sweat-shirt Appruntly Im lucky to have at all — I just went out and returned the Breakfust tray. Corn Chips and Soy Butter and collard corn-surup mimicing a peanut butter & jelly sandwhich.

I took off The Hob-jis and am shivering cold as it Appears (%0 Wingler?) %0 Wingnut? Weathery or Same crazy bitch turned on the Air-conditioner.

They waste electricity with continuous intence Bright light a form of RAPE = Restricting Appropriate Promised Entitlements

— Its called domestic Abuse and sets a bad example = Proving The US government is incompetent Imbisols who need to be murdered Kill Their children

They are refusing to let me press criminal charges

The school psychist Teacher not 6 cell. The murdered have Should Learn that Sandy Hook New town

— Death to America kill them all off
Death to America kill them all off
Murder maime maul mutilate massacure
Death to America kill them all off
— (Sgt) Rodriguez told me to stop
writing to the clinton county court

— They are hacing me daily
like Phobe Prince in South Hadley
    Massachusetts
        I got the Oklahoma City
Federal court to Blow up.
        I should have nuked D.C.
instead
Death to America kill them all off
Death to America kill them all off
    They Deserve to die because of
The F-73 abduction were I was
threntened Into giving advice to
    MASH. It is my intelectual
property along with the tower
    out The window here
— The Neo-Nazis wont give me The
Money —
        Death to America kill them all off
The Neo-Nazis wouldn't let me
    tostify. U.S.D.C. Vermont
They retaliate against me for speaking up
    Sec: Levcesque ⓓⓓ S. Burl VT   5:12-cv-157(9)

*(left margin, written vertically):* Actually owns the Building?

*(left margin, written vertically, lower):* When

1-17-2021 8:30 am  C/o Faith Just
told me to turn # "your fucking lights on"
and told another man "you fucking
stupid no?  He interrupted me
so his exact words are well deprived
derliction of Duty, Conduct unbecoming
an "officer of the Court."

As the 1983 + 1997 revised
edition of our United States Supreme
Court Says. Civilian courts are
much different than military Court Martial
Court Marshals.

→ This officer + C/o Whittaker are
exhibiting signs of Rabid-delirious
Conduct. Mimicking Candor of Discord
C/o Whittaker uses Cordial Ettiquete
with his victims

On an SPCA Commercial you see
dogs + cats quivering from Abuse
trying to get money to sponsar
abandoned victims what about
men who attack Nativers.

*(left margin, vertical):* Cease immorce D'Address to continuary Cousins and

1-18-2021          A 2nd man is doing a
                                    vidio - skype in front of
They have                   my door. At least
hazed me                  he is quite the fat guy
over "The                    is obnoxious
Vail - Mask thing"

       Our Supreme Court told them they
cant do that, So their in contempt
of court trying to get me to
Murder Prosecutors children, of all
things Governmental Public Servent who
are trying to get an innocent man
They abducted to murder prosecutors
        So I Agreed to —
I have been Abducted lent out and
enslaved
        Since Dec 29, 2020 — Now
I recieved 4 disiplinary write ups
yet They wouldn't hold a hearing
for 20 days (now) tommorrow 2x ?
Over the (Mask-Vail) when I did
nothing wrong
         The NEO-NAZIS wont let me
Present evidence or testify at a
trial over alledged violations either
— Just like the 4th grade school yard
with the teachers Back turned
       Apparantly New York and the
US federal Government don't hold
Co-workers accountable

(vertical left margin) Phase Crime Columsine Higy needs another Stabbing South Hadley Massachusetts

(vertical right margin) can Prove it

1-18-21    They put a new guy on
the mini (Zoo) unit earlier —
Compromizing my saftey exposing me
to COVID. Everyone is being heckeled
and Budgered for Endorphins.
Stress-cortizone daily is Governer
Cuomo's pharmicutical Sponsors vice
in their Trillion dollar industry
Only they can be Grandiors
with delution Tangial asperations
to get 3 million more pill seekers
filling perscriptions at any expence.
Causing and continueing to cause
me extreme distress and harrms.
    See's Emergency Injunction to USDC
I filed on behalf of Mr. Bumberg
recently and in the past
Northern District of New York
and "The Colbert Report"
I'm expecting the property tax
reciet for 1416 dollars
I sent my Info to Clinton County
Tax collector's office
    Technically Bryon Liam Kennelly
Should have Paid the 2600 out
of Defence expendeture however
the man is obviously Incompetant
to claim I am.
4 - Doctors said I am free

1-18-2021

One of the other Detainees
Said that the (Sgt) yesterday tossed
an Omni-Bus motion sent to me
In The Trash with Banking info
from Community Bank   250,000 checking
account   NBT Bank   1 million + savings
the 96 million at Glens Falls National
and 10-500,000 Thousand dollar
Savings accounts in Massachusetts
Mostly in 2011-14 ?
— Causing and contriving to cause
me extreme distress and harm us
Public Servants are compromising my
safety when I'm The Victim of
fowl Play. 5-12-19 Some one was
put up to murdering me and I
Sent a letter to N.Y. State Police September
2018   After repeated Threats.
I've been Stalked and Threatened
because of this many most of my
life. People literally are living in
my homes I never sold or leased.
— I closed a Bank Branch and
the employees retaliated against me
because of another man impersonating
me. A blond guy who intervolves
every time I meet a women?
He tells them crazy lyes and
has me followed + stalked

I Started a New Action
with Large Envelope

FILED
IN CLERKS OFFICE

2021 JAN 27 PM 4: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

13 Stamps Sent from Me ?

To   "The Honorable Judge Tulwand"
        Yo Federal Public Defenders office
        51 sleeper St   Suite 502   Joo
        Boston Massachusetts
        1-20-2021

→ This is a suplimental Add on to
the Above New Action   (C.L)
Cengider yourselves served as
        Accesory to Content of Court —

Do you know who owns the

Toll Rd on Interstate 84 and 87

or the chessepeek bay Bridge ?

93 No Thru N.H. to Concord —

I was Threatened into giving Them
            advice —
Andrè Rene Levesque
        1-20-2021

1-18-2021   As the loud radio broadcast is
overwhelming The officer Just had a
man threaten to "fuck me in The Ass"
. I'm (not) affraid of these people some are
very dangerous however, I'm being used us fodder
for their entertainment causing me severe
undo emotional distress and Thoughts of
blowing up a federal Building Again
   The licence plate from U-haul truck is
on the Porch at 4706 st Rt 3 N in Merrill N.Y.
Under my sign Campaigning for President of
USA. So I can nuke ½ the world
   they deserve it too ————
Stalkers led Timmothy Mc Vier to me in
the late 70's + early 80"s and I
told them how to build the Bomb and I
removed that very licence plate during
   another abduction by The Police
denied me witness Protection in 1972
abduction botched only to be held for
   10 - 14 days at said address in 1972
Donald Trump + Andrew Cuomo tried to
Abduct murder + sodimize me in a dog house.
   They identified Themselves and Andrew
Cuomo said "we live ½ mile from here"
——→ I went to road and an EMT
worker of 35 years a Mrs. Rodriguez?
78 yrs old now rescued me in '72
   Not related to (Sgt) Rodriguez. Although
Both had Brown eyes one is white The other
Black ——



1-18-2021

A α - alpha
B β - beta
Γ γ - gamma
Δ δ - delta
E ε - epsilon
Z ζ - zeta
H η - eta
Ⓜ θ - theta
I ι - iota
K κ - Kappa
Λ λ - Lambda
M μ - mu
N ν - nu
Ξ ξ - xi
Ⓞ ο - omicron
Π π - pi
P ρ - rho
Σ σ ς - sigma
T τ - Tau
Y υ - Upsilon
Φ φ - phi
X χ - chi
Ψ ψ - psi
Ω ω - omega

Greek Alphabet ?
ⓞⓡ Jewish

Sudoku

Δ = 1
H = 2
θ = 3
Λ = 4
I = 5
P = 6
T = 7
X = 8
M = 9

Bulslovic
Latin/Spanish
Dutch/German
Romainan

#409

#583

#910

1-18-2021          @ about 10 am

C/O Viggson? let another
detainee on the unit who is shouting
obscenitys, and turned down the neo-nazed
studio show American-china.

Causing and continuing to cause me
extreme distress and irreperable harms
as I was robbed and stalked in the
community. 100 million put in my checking
account in 1975. What else are the
Nazis stealing from with threats
They had me sign over the BMW at
Enterprise rent a car. Showed me a
vault full of cash at wallmart in
Plattsburgh were I was threatened into
giving them advice for their parking lot.
(causing) me extreme distress.
irreperable harms severe undo emotenel
distress". Forcing their alledged aquaintance
lyday to everyone and nobody
ever had my concent.
→ They were in or on my property
trasspassing. I gave them what I
was threatened into. They were stalking me
1-18-21
André Dave Lucey

1972 → Present Who are "They" ? I want to press criminal charges

1-15-2021    9 30 am?

I am being forced to listen to Neo-nazi glorification of Domestic Abuse as people mimic other peoples demeanors and nuances attributes or traits (Tone of voice tonarde Tone-onics)

The Propaganda I was and have been repeatedly Threatened into giving advice for their distrubution I do (not) approve of nor did I ever

Its causing and continuing to cause severe undo emotional distress homocidal and suicidal Thoughts.

I'm being retaliated against for court filings   Levesque ⊗ Cuomo Clinton Cont Court ← 2020   New yew undfued cont system

I asked to take a shower and C/O Weatherby slamed door in my face. Causing extreme distress,

My foot still Throbs from yesterday as (SST) Rodriguz entered my room and told me not to send letters to clinton county court any longer.

Also causing Homicidal and suicidal asperations Death to all Those (ceaul*) a spartuest

[right margin, vertical:] 340 miles away All destroy The stem New! Murder maine Kill

1-18-2021  Mr. Bamberg was placed into
the Zoo Bubble from the other
unit by 4/0 Weatherby.
He went straight to my cell door
wanting to call Cortney - his niece
with my credit/debt card information
as I was skeptical before, she
did (not) retain the information so I
could call and ask over + over with
a 30 (sec) free call weekley.
→ Another usery type thing. I simply
told him I canceled the card
out had a new one sent and I
don't have the #'s.
Then I thought About Colchester
Vermont, As I don't listen to
loud music. The Televisions Blushy,
and other detainees talk The
Sounds waift thru the Air some
would think They hear voices — Because
They do.
→ Property I was led to believe
was mine, was stolen,
Down the street from the
Methodist church I was abducted from
in (974 by Plattsburgh CVPH Hospital
A house was occupied that's in my name,
I got a deed and went their only
to be chased off - same with
an 374 in Merrill. I do not know people

*(left margin, rotated)* House down street from methodist church they were living in my house without my consent ?

112

1-18-2021          The Triple Standard ?

(O) I went out to the Podium for
my Breakfast Tray. They have been
huzzing me and bringing it to The
door for days on end refusing
to give me a shower

The officer let others have 2 -
oranges and wouldn't let me

Praving I am being treated different
and since I received notice of
hearing today by fat 40
who was here the other day looking
at my door.

It's possible That his Kidnapping
Abduction of Oct 27th conspiracy with
(Sgt) overlapped to The other day
as       2 of 4 tickets over
refusein to were a mask or be
Badgered or Heckled over becoming
becoming a vail mask.

Their is 2 more tommorow
So did they ignore The other 2, were
they submited

They wont even give me photo
copys of my greviences
Nor will They respond to my
sick call slips   Im writing This
dizzy its breakfast time and
Im about to pass out from No

*Left margin (vertical):* Kill It's a Shame They didn't   Columbine High School It's

*Right margin (vertical):* There as they try to get me again   Psychological Punishment & Psychological Visery

1-18-2021 <u>I am</u> I confronted this % Weatherby

- over The grievance about a persiscription
meal. last week someone had a special
diet tray

Mine is a Bermuthwezt well-being
dietary supplement additive due to The
Facility standard.

In the Past I was given the
Food and Drug Administration Approved
Medication type preventive to stove off
Waste(ing) Syndrome like Austorwitz
Poland 1939, as They succumbed
to decontamination of parisites and
microses. History books lye about
The Clorine bus way to help Them
instead miscreants like Mr. Weatherby
Just now were stealing their belongings
(instead of cleaning up microbes and
(Live type) purisitic leathes from South America
Clinton County New York last year
had me on a special Additive at
Breakfast
(1)   Those two officers and (Lt) Connolly
conspired to dout me with nurses
and doctors.
Coincidently: The Veterans Administration
Fired 500 doctors + Nurses and put
400 on probation so 3-Service members
Could get a fucking Asporin to protect

Real Society Statistics

- Senator from New York Mrs Gilibrand 2012
  Classified report of U.S. military Personal
     1.1 million people reported on common
          sexual harrassment and molestations
               of sorts
  28000 anonous reports in Survey
     3000 came forward 40% were men
        only 500 prosecutions.
Worst offender was Air-force drill (Sgt) in
     Texas who Molested 24 women
The 1st 10 were lying (probally dumb?) (90)
   The 2nd 10 were just ugly
     Then The 23rd was a State Senators
   daughter - Then the man was court
        marshaled.
  — 51% of most employees either
domestic, foreign Penel, Service and alledged
     proffessionals report lying to employers
to avoid harrasment, embaresment or
dismissal due to inadiquete training
  and education To most employers with
     20 + people someones don't care and
        are stupid only The Boss thru
Attrition or Parental money to get started

  — 62% of accross The Board would turn
        in a fellow co-worker for a
     serious infraction multiple demigraphics
10% fear retaliation from co-workers

Q: Is a Pesimistic Defeatist
        Gust like a Heckeling
        Haggaling Nay-Sayer

    Bailking at you with Maulking Ridcule

Q: Can you say Boligx in
        Translation (fuck off you scum
                                        scum)

— Air-Traffic Contvolar laws
    Trickle down in Wistle Blower laws
to report fellow co-workers
            State federal and local government
    employees face similar issues
as    4ᵀᴴ grade school children

    You don't grow up nobody ever grows
up — you grow nums from heckeling
Budgering taunts as mankeys do it on
National Geo-egraphics Channel
        Every one is stuck with an eleven
year old mentolity
        I was Threatened into telling you  In 1980

Yesterday Monday 1-17-2021         ?
        The (Sgt) Brownie Rodriguez ?
Had what appeared to be a Postal
delivery ? or legal mail. He berated
me told me I could no longer Correspond
with the court
            for all I knew the Papers had
my financial information and he threw
it in the Garbage.
    → The Land Mark Motel sent me a
check for 67½ million dollars
    → I want to know were "They" got
the Cash in the 150 Briefcases ??
        and press criminal charges
        → yet, The Neo-Nazis's wcount
investigate the Oklahoma City Bombing
and let me testify either
        Because Their were 200 people
involved. Its called a cover-up
by Governmental employees
        → what exactly was he doing
entering my abode
        Pre-trial this room/cell is just
like my kitchen in Merrill, NE.
Private occupency.
        Was he doing a U.S. Postal
Service delivery and thieved my
mail ?
        witness tampering to Murder +
Attempted murder 1973-74 (+) 5-12-19

1-18-2021 Tuesday    c/o weather by    and

another large fat obease marsoupial
are at the Computer Podium.
On Oct 27th 2020 He also obstructed
justice by conspiring with another Afrivin -
Amurivin (Sgt) to denie me my Court
Appearance.    For all intence and purpose's
it was an absductom, as I have
gotton the Judge in Corlath, N.Y. to
release me before under exactly the
Same circumstances
On Oct 14, 2020 I was virtually
and litterally absducted after being told I
was free to go.
And This C/o weathersy + Dowd a
different pudgy - monkey - cut Φ mouse
game thinking Scum Scurge causing
sadie deludion    Conspired to steel
my perscription food and wouldn't
process the Grievance I filed months
ago.  The (Lt) finelly waltz in
a week ago and, I was obviously
attacked by (Sgt) Hansom.
These people have (not) trained
its not just derilletran of Duty
its Deliberate indifference Chats risen
to criminial content of 1983 spirit of
Supreme Court orders to stop
Involuntary servitude    ect. ect. ect.

## SARATOGA COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## DISCIPLINARY HEARING NOTIFICATION FORM

CD FORM # 04-02-00-06

PURSUANT TO SECTION 7006.8 (A) OF THE NEW YORK STATE MINIMUM

STANDARDS, YOU ARE HEREBY NOTIFIED THAT A DISCIPLINARY HEARING

HAS BEEN SCHEDULED FOR THE FOLLOWING DATE, TIME, AND LOCATION.

THE HEARING HAS BEEN SCHEDULED TO DETERMINE IF YOU ARE INNOCENT

OR GUILTY OF THE ALLEGED VIOLATION(S) OF THE SARATOGA COUNTY

CORRECTIONAL FACILITY RULES AND REGULATIONS.


INMATE'S NAME: Andre Levesque

DATE OF HEARING: 1/19/2020 or After

TIME: 1800 hours or After

LOCATION: SARATOGA COUNTY SHERIFF OFFICE


**HEARING OFFICER'S SIGNATURE**


1/18/21 @ 1935

**DATE & TIME INMATE NOTIFIED**

8:30 am   1-18-2021

Governor Cuomo

Montoy county court June July 2020

January Eighteenth Two Thousand
Twenty-one

no see Court filing July June 2020

I recieved two Identical notice of
hearing for internal disipline reports
yet -The neo-nazis wont tell me
when the trial is for alledge infraction
of the law, Because I'm the victim
being victimized in daily hazings

I was abducted  Oct 10th +14th 2020
cand denied due process, the man who
gave me these just (now) conspired to
deprive me of a hearing Oct 27th were a
I would have been released by The
   Judge in Corinth N.Y. as he had
before this time I've demanded a trial
and Both Attorneys Appointed have partcipated
In Financial crimes falseifying documents
stealing form me,  Mr. Dalasaundro + Norwak (Sgt) Hanson

They had 15 days to hold a hearing
on 2-slips Generated Dec 29-31 2020
Clearly The Grievanic I filed
was ignored by (Lt) +(Sgt) and This is
retaliation as I was attacked and assulted

trying to intimidate

looking cunt (Slut)

a fat nasty

To Whitaker denied my food

# Evidence Maliciously withheld

December 29 - 31 I was convicted
of mental illness by floor
officers in Hazings you
~~Had~~ 15 Days me
and refused me
a hearing

I filed a grievance
(It) would (not) give me a photo
copy of Document That Should
have been a carbon copy
Then twice more refused due process  Triplicate
form

(Sgt) Hangin attacked and assulted
me for refusing to sign
again without due process or
copy as Both have refused

I Asked to file criminal charges
for The Hazing.
    She would (not) conduct a
                                 hearing
    over The miss-conduct of
        C/O Wilsyo + Beardsly

C/O Whitiker refused to give me my
    dinner tray and it was then
        unlocated in I n another
Hazing to show off to miss Obrian

*(left margin, bottom to top)* Gang Hazings  Pre Phase - Prince south Hadley - Massachusetts

*(right margin, bottom to top)* They refused me copys for Civil  Complaint # 2020 3164 Sweragen Court County court

## SARATOGA COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## DISCIPLINARY HEARING NOTIFICATION FORM

CD FORM # 04-02-00-06

**PURSUANT TO SECTION 7006.8 (A) OF THE NEW YORK STATE MINIMUM STANDARDS, YOU ARE HEREBY NOTIFIED THAT A DISCIPLINARY HEARING HAS BEEN SCHEDULED FOR THE FOLLOWING DATE, TIME, AND LOCATION. THE HEARING HAS BEEN SCHEDULED TO DETERMINE IF YOU ARE INNOCENT OR GUILTY OF THE ALLEGED VIOLATION(S) OF THE SARATOGA COUNTY CORRECTIONAL FACILITY RULES AND REGULATIONS.**

**INMATE'S NAME:** Andre Levesque

**DATE OF HEARING:** 1/19/2020 or After

**TIME:** 1800 hours or After

**LOCATION:** SARATOGA COUNTY SHERIFF OFFICE

1 Pm
1-18-2021
I've decided Attend
Not to Attend
These Hearings
After Intentional
Userry
I call fellony
abuse

_____
**HEARING OFFICER'S SIGNATURE**

1/18/21 @ 1935
**DATE & TIME INMATE NOTIFIED**