UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE RENE LEVESQUE,  )<br>             )<br>     Plaintiff,  )<br>             )<br>     v.      )<br>             )<br>NEW YORK STATE POLICE, et al.,  )<br>             )<br>     Defendants.  )<br>             ) | Civil Action No. 21-10223-DJC |

## ORDER

**CASPER, J.**                                                                                              **March 17, 2021**

In an Order dated February 9, 2021, D. 3, the Court ordered plaintiff Andre Rene Levesque ("Levesque") to pay the $400 filing fee or seek leave to proceed *in forma pauperis*. The Court informed Levesque that failure to comply with the order within twenty-one days would result in dismissal of the action without prejudice.

More than twenty-one days have passed since the February 9, 2021 Order. Levesque has not complied with the Order or filed any document concerning the filing fee.

Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

**So Ordered.**

                                                                         /s Denise J. Casper
                                                                         United States District Judge